# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

## DOCKET NO. 3:01-CR-33-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | |
| JAMES EDWARD HOOKS, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on attorney's motion ( Doc # 50) for "further reduction" of the defendant's sentence pursuant to 18 U.S.C. § 3582(c)(2) and the new crack cocaine sentencing guidelines. Attorney's motion for the defendant is DENIED for the reasons stated in the Presentence Investigation Reports and Court's prior Order (Doc. Nos. 47, 48 & 49).

IT IS SO ORDERED.

Signed: October 13, 2009

Frank D. Whitney
United States District Judge